### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00239 |
| | ) | Judge Trauger |
| JAMES L. MERIWEATHER | ) | |
| | ) | |

### O R D E R

Due to needed revisions in the Plea Agreement, it is hereby **ORDERED** that the sentencing scheduled for December 20, 2012 is **RESET** for Wednesday, January 2, 2013, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 20th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge